IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAFE AUTO INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-01618 (AJT/MSN) |
| ) | |
| TANEJA N. SPRUILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation [Doc. No. 39] of the Magistrate Judge recommending that Plaintiffs Motions for Default Judgment [Doc. Nos. 22, 36] (the "Motions") be granted and default judgment be entered in favor of Plaintiff Safe Auto Insurance Company. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that default judgment be entered in favor of Plaintiff against Defendants Taneja N. Spruill, Renee Bass, and Treshawn Robb, and that declaratory judgment be, and the same hereby is, issued declaring: (1) that the Safe Auto policy does not afford coverage for the claim or Underlying Action; (2) that Safe Auto has no duty to continue to provide a defense to Defendant Robb with respect to the claims set forth in the Underlying Action; and

(3) that Safe Auto has no obligation to honor any other claim under the rescinded policy after November 5, 2017; and

ORDERED that Plaintiffs Motions for Default Judgment [Doc. Nos. 22, 36] be, and the same hereby is, **GRANTED**.

The Clerk is directed to enter judgment in favor of Plaintiff Safe Auto Insurance Company and against Defendants Taneja N. Spruill, Renee Bass, and Treshawn Robb pursuant to Federal Rule of Civil Procedure 58, and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 7, 2020